UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISTESO MUSIC GROUP, INC.,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>PHANTOM LABS, INC. et al.,<br><br>                          Defendants. | 24 Civ. 5488 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By Order dated May 28, 2025, this case was "stayed as to all Defendants pending the Bankruptcy Court's ruling on the motion to dismiss, *see* ECF No. 12-1, and the Effective Date of the settlement." ECF No. 13. In that same Order, the Court directed Plaintiff to "file a letter updating the Court on the status of the bankruptcy proceedings on the earlier of (i) June 20, 2025, *see* ECF No. 11, or (ii) five days after the Effective Date of the settlement." ECF No. 13. To date, no status letter has been filed. By **July 11, 2025**, Plaintiff shall file a letter updating the Court on this matter.

SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge